# UNITED STATES DISTRICT COURT
## for the
### EASTERN DISTRICT OF CALIFORNIA

U.S.A.
v.

CITATION/CASE NO. **6:08-mj-00196-WMW**

**Charles J. Chiesa**

## ORDER TO PAY

SOCIAL SECURITY #: _____
DATE of BIRTH: _____
DRIVER'S LICENSE #: _____
ADDRESS: _____

| Sonoma | CA | 95476 |
|---|---|---|
| City | State | Zip Code |

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION, PENALTY ASSESSMENT or PROCESSING FEE IN THIS CASE, I MUST NOTIFY THE UNITED STATES ATTORNEY IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. **NOTE: FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.**

*I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE and CORRECT*

DATE: _____    _____
                                 Defendant's Signature

**YOU ARE HEREBY ORDERED TO PAY/COMPLY WITH THE FOLLOWING:**

(✓) **FINE** of $ **1400.—**       ( ) **Penalty ASSESSMENT** of $ _____

( ) **PROCESSING Fee** of $ _____       for a **TOTAL AMOUNT** of $ _____

paid within **12** days / (months) OR *11 payments of $120, 1 payment of $80.—* payments of $ _____ per month, commencing _____ and due on the **10th** of each month until **PAID IN FULL** - note late payments could be subject to late/delinquent charges imposed by C.V.B..

( ) REVIEW/Post Sentencing HEARING DATE: _____ at _____ a.m. / p.m. in Dept. _____
( ) RESTITUTION _____
( ) COMMUNITY SERVICE _____ with fees not to exceed $ _____
to be completed by _____ with Proof mailed to the Clerk of the Court.
( ) Traffic School By: _____ with Proof mailed to _____
(✓) PROBATION to be unsupervised / supervised for: **1 year**

*no driving with any alcohol in blood
consent to blood, breath or urine testing when requested
obey all laws.—*

Payments must be made by Check or Money Order, payable to: Clerk, U.S.D.C. and mailed to (circle one):

| CENTRAL VIOLATIONS BUREAU | CLERK, U.S.D.C. | CLERK, U.S.D.C. |
|---|---|---|
| PO Box 70939 | 501 'I' St., #4-200 | 2500 Tulare St., Rm 1501 |
| Charlotte, NC 28272-0939 | Sacramento, CA 95814 | Fresno, CA 93721 |
| 1-800-827-2982 | | |

Your check or money order must indicate **your name and citation/case number** shown above to ensure your account is credited for payment received.

DATED: **Sept. 11, 2008**       _Lynn Van Meter_ for WMW
                                 U.S. MAGISTRATE JUDGE

1) Page 1 - Clerk's Office;  2) Page 2 & 3 - for defendant                    EDCA - Rev 3/2007